Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 3

---

**GOVERNMENT OF ISRAEL, MINISTRY OF ECONOMY AND INDUSTRY,**

                         **Plaintiff,**

  v.

**UNITED STATES,**

                         **Defendant.**

Case No. 24-00197

**SUMMONS**

---

**TO:**    The Attorney General and the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                        **/s/ Mario Toscano**
                        Clerk of the Court

1. **Name and Standing of Plaintiff**

    Plaintiff in this action is the Government of Israel, Ministry of Economy and Industry. As the government of a country in which subject merchandise, brass rod, is manufactured and from which such merchandise is exported, the Government of Israel qualifies as an interested party under 19 U.S.C. § 1677(9)(B).  Plaintiff was also an active participant, providing testimony and written briefs, in investigations of the U.S. International Trade Commission that led to the determinations being challenged. Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party that was a party to the proceeding identified below.

2. **Brief Description of Contested Determination**

    Plaintiff contests the final determinations of the U.S. International Trade Commission and antidumping and countervailing duty orders of the U.S. Department of Commerce, International Trade Administration, published as *Brass Rod from Israel*, 89 Fed. Reg. 78,330 (Sept. 25, 2024), *Brass Rod from Israel*, Inv. Nos. 701-TA-687 and 731-TA-1614 (Final), USITC Pub. 5545 (Sept. 2024); *Brass Rod From Israel: Antidumping Duty and Countervailing Duty Orders*, 89 Fed. Reg. 79,243 (Sept. 27, 2024).

Form 3-2

3. **Date of Determination**

The International Trade Commission published its final determinations on September 25, 2024 (89 Fed. Reg. 78,330) and the U.S. Department of Commerce published the antidumping and countervailing duty orders in the above-referenced investigations on September 27, 2024 (89 Fed. Reg. 79,243).

4. **Date of Publication in Federal Register of Notice of Contested Determination**

The contested final determinations were published in the Federal Register on September 25, 2024 (89 Fed. Reg. 78,330). The contested antidumping and countervailing duty orders in the above-referenced investigations published in the Federal Register on September 27, 2024 (89 Fed. Reg. 79,243).

Respectfully submitted,

/s/ Bernd G. Janzen

Bernd G. Janzen
Julia K. Eppard
Daniel M. Witkowski
Sydney L. Stringer
Paul S. Bettencourt

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
(202) 887-4309
bjanzen@akingump.com

*Counsel to the Government of Israel, Ministry of Economy and Industry*

Dated: October 25, 2024

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
Room 346
26 Federal Plaza
New York, N.Y. 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 2043